IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CARL HUMPHREYS,**
       Plaintiff,

v.                                    No: 3:05cv449/RV/MD

**JO ANNE B. BARNHART,
Commissioner of Social Security,**
       Defendant.
_____

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 15, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The decision of the Commissioner is AFFIRMED, this action is DISMISSED and the clerk be directed to close the file.

      DONE AND ORDERED this 27th day of November, 2006.

                                                      /s/ _Roger Vinson_
                                                      **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**